No. 11–1262. WHITE, WARDEN v. RICE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮

No. 11–10263. BAXTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮▮▮▮▮▮▮▮▮

No. 11–10304. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10309. CORBETT v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10772 (11A1167). LEAVITT v. ARAVE, WARDEN. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. ▮▮▮▮▮▮▮▮▮